UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Emerson Financial Group, Inc.,**

**Plaintiff,**

**v.**

**Transamerica Corporation,**

**Defendant.**

**Civil No. 00-1606 (ADM/SRN)**

**ORDER**

---

The above-entitled proceeding came on for hearing on September 5 2001, before the Honorable Magistrate Judge Susan Richard Nelson, pursuant to Plaintiff's Motion to Compel Production of Documents and for Sanctions, and Defendant's Motion to Compel Documents. Rachna B. Sullivan, Esq., of Rider, Bennett, Egan & Arundel, LLP appeared on behalf of plaintiff. Donald J. Brown, Esq., of Winthrop & Weinstine appeared on behalf of defendant. Based upon all the files, records and proceedings herein and upon the argument of counsel,

**IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Compel [Doc. 17-1] is **GRANTED.** Defendant shall produce all documents in response to plaintiff's Requests for Production of Documents (Set 2), all five requests, within nine (9) days of the date of this Order.

2. Defendant's Motion to Compel is **DENIED AS MOOT**. Plaintiff's counsel will report to defendant's counsel and the Court no later than September 14, 2001, regarding the completion of production of documents responsive to the request at issue in this motion.

FILED SEP 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

BY THE COURT:

Dated: September 6, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500