**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Emerson Financial Group, Inc.,

Plaintiff,

vs.

Transamerica Corporation,

Defendant.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Court File No. 00-CV-1606 (ADM/SRN)

---

Parties to the above-entitled action, by and through their respective counsel, hereby stipulate to the entry of an Order dismissing all claims which were or could have been brought in this action, with prejudice and without costs, all rights of appeal being waived. Each party shall bear its own costs and fees.

It is further stipulated and agreed that the Clerk of Court upon filing of this Stipulation and without notice to any party, is hereby authorized to enter an Order of Dismissal with Prejudice.

Dated: 3/25, 2002

WINTHROP & WEINSTINE, P.A.

By ______________________

Donald J. Brown (154180)
Attorneys for Defendant Transamerica Corporation
3200 Minnesota World Trade Center
30 East Seventh Street
Saint Paul, MN 55101
(651)290-8400

FILED 4-2-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: March 25, 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________

Patrick J. Rooney (198274)
Rachna B. Sullivan (272565)
Attorneys for Plaintiff
Emerson Financial Group, Inc.
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

ORDER

PURSUANT TO THE FOREGOING STIPULATION,

IT IS HEREBY ORDERED, that all claims which were or could have been brought in this action, shall be dismissed with Prejudice.

BY THE COURT:

Dated: April 1, 2002

Ann D. Montgomery
JUDGE OF DISTRICT COURT

8656-2-/-idmsstp:651273_1

WINTHROP & WEINSTINE
A PROFESSIONAL ASSOCIATION
*Attorneys and Counselors at Law*

3200 Minnesota World Trade Center
30 East Seventh Street
Saint Paul, Minnesota 55101-4919
Telephone (651) 290-8400
Fax (651) 292-9347

3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402-4430
Telephone (612) 347-0700
Fax (612) 347-0600

dbrown@winthrop.com

SHERMAN WINTHROP
ROBERT R. WEINSTINE
RICHARD A. HOEL
STEVEN C. TOUREK
MARVIN C. INGBER
HART KULLER
DAVID P. PEARSON
THOMAS M. HART IV
JOHN A. KNAPP
MICHELE D. VAILLANCOURT
DONALD J. BROWN
JON J. HOGANSON
SANDRA J. MARTIN
TODD B. URNESS
TIMOTHY M. BARNETT
SCOTT J. DONGOSKE
PETER J. GLEEKEL
EDWARD J. DRENTTEL
JEFFREY R. ANSEL
LLOYD W. GROOMS

MARK T. JOHNSON
THOMAS J. PUFF
BROOKS F. POLEY
THOMAS H. BOYD
DANIEL C. BECK
JOANNE L. MATZEN
PATRICK W. WEBER
PAUL W. MARKWARDT
JAMES W. DIERKING
THERESE M. MARSO
JEFFREY L. LECLERC
THOMAS A. WALKER
JOHN C. HOLPER
TIFFANY A. BLOFIELD
MARK R. GLEEMAN
RYAN K. CRAYNE
BETH GERSTEIN TIMM
JULIE A. SILVERMAN
ERIC F. SWANSON
LAURA A. PFEIFFER

CRAIG S. KRUMMEN
MATTHEW R. MCBRIDE
PHILIP R. MAHOWALD
NORMAN L. JONES III
KARL E. ROBINSON
JONATHAN W. J. ARMOUR
DANIEL S. SCHLECK
MARK A. PIHART
CHARLES J. SCHOENWETTER
KAITLIN A. HALLETT
ANDREW C. TRIGGS
JULIE ANN FISHEL
DARRELL E. GRAHAM
ASHISH MISHRA
DAVID A. DAVENPORT
KENNETH A. PRINE
JOY S. MCGINNIS
RYAN F. URNESS
BO W. WILLSEY
BRIAN W. KENSICKI

DANIEL W. GODFREY
ERIN D. JONES
WILLIAM H. KOMP
JOHN D. NOLDE
JENNIFER B. KLECKER
MICHAEL T. HATTING
CHUANPIS SANTILUKKA
JEFFREY D. BLAND
MATTHEW D. SPOHN
SARVENAZ J. RAISSI
JUSTICE E. LINDELL
ANTON J. MOCH
ELIZABETH M. DECOURCY
TROY E. ARNLUND

*ROGER D. GORDON*
*(1950-2000)*

*Direct Dial* *(651) 290-8407*

March 25, 2002

*Reply to* *Saint Paul*

The Honorable Judge Ann D. Montgomery
Room 13W
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: Case No. 0000-1606 (ADM/SRN)
Emerson Financial Group, Inc. v. Transamerica Corporation

Dear Judge Montgomery:

Enclosed herewith in regard to the above-captioned matter, please find a Stipulation and Order of Dismissal with Prejudice which has been executed by all counsel of record. I would appreciate it if you would execute the Order and have your clerk submit it to the Clerk's office for filing and request the that the Court submit conformed copies of the Stipulation and Order to all counsel of record after it has been filed. Thank you.

Sincerely,

WINTHROP & WEINSTINE, P.A.

By: [signature]
Donald J. Brown

DJB:sh/idmsstp:652445_1
Enclosure
c: Patrick J. Rooney, Esq. (w/encl.)